IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| DORTHEA BOYKIN, <br><br> Plaintiff, <br><br> vs. <br><br> BALFOUR BEATTY COMMUNITIES, LLC, <br><br> Defendant. | Civil Action No: _____ |

## **COMPLAINT FOR DAMAGES**

COMES NOW the Plaintiff, **Dorthea Boykin**, and files a Complaint for Damages against the Defendant, Balfour Beatty Communities, LLC (hereinafter referred to as "Defendant"). In support of this Complaint, Plaintiff state as follows:

1.

Plaintiff brings this action against Defendant for unpaid overtime pursuant to the Fair Labor Standards Act (hereinafter referred to as "FLSA"), 29 U.S.C. § 201 *et seq.*, 29 U.S.C. §§ 207(o) & 213.

## **PARTIES**

2.

Plaintiff Boykin is a citizen and resident of Camden County, Georgia.

3.

Defendant Balfour Beatty Communities, LLC is a company organized under the laws of Pennsylvania. Its principal and registered offices are located at 1201 Peachtree Street N.E., Atlanta, Georgia and it regularly carries on business in Camden County, Georgia.

## JURISDICTION AND VENUE

4.

This Court has subject matter jurisdiction of Plaintiff's Federal law claims pursuant to 28 U.S.C. § 1331.

5.

Plaintiff resides in this judicial district and all of the events and omissions giving rise to Plaintiff's claims occurred in this district. The unpaid wages sought in this action were earned in this district. Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

6.

Defendant conducts business in the State of Georgia.

7.

Plaintiff worked for Defendant.

8.

In 2009 and 2010, Plaintiff was on the job site for over eighty (80) hours each pay period. However, Defendant only compensated her for eighty (80) hours each pay period. Upon information and belief, Plaintiff was uncompensated for over two hundred (200) hours of overtime.

9.

Defendant failed to pay Plaintiff overtime wages at a rate of one and a half times the normal hourly pay rate, for hours worked in excess of forty (40) hours per week.

10.

Plaintiff was not a supervisor, bona fide administrator, live in care giver, management, executive, learned or creative professional, computer professional, outside salesman, highly compensated employee or otherwise exempt employee as such is defined by the FLSA, 29 U.S.C. § 213 and the relevant regulations.

11.

Defendant's actions were intentional, willful, malicious and in reckless disregard of Plaintiff's rights. Defendant knew or showed reckless disregard for whether their failure to pay overtime was prohibited by law.

## REQUESTED RELIEF

WHEREFORE, the Plaintiff respectfully requests that the Court enter judgment in her favor and award her the following relief:

  a. All wages and other economic benefits lost as a result of the Defendant's unlawful acts;

  b. All cost and attorney fees incurred in litigating this action;

  c. Liquidated damages pursuant to the FLSA;

  d. Compensatory damages;

  e. Pre- and post- judgement interest; and,

  f. Any and all other legal and/or equitable relief to which Plaintiff is entitled.

Respectfully submitted, this 14th day of March, 2011.

               TIMOTHY HARDEN, III
               Georgia State Bar No: 324622
               *Attorney for Plaintiff*

TAYLOR, ODACHOWSKI, SCHMIDT
 & CROSSLAND, LLC
300 Oak Street, Suite 200
St. Simons Island, Georgia 31522
Phone: (912) 634-0955
Fax: (912) 638-9739