AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
2011 MAY 24  PM 1:12

CLERK _____
SO. DIST. OF GA.

DORTHEA BOYKIN,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV211-035

BALFOUR BEATTY COMMUNITIES, LLC.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated May 23, 2011, Judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____

Date: May 24, 2011

Scott L. Poff
Clerk

_____
(By) Deputy Clerk